11 So.3d 1004 (2009)
David CYPHERS, Appellant,
v.
GULFSTREAM ROOFING, INC. and Claims Center, Appellees.
No. 1D07-5738.
District Court of Appeal of Florida, First District.
June 30, 2009.
Jane E. McGill of Rosenthal, Levy & Simon, P.A., West Palm Beach, for Appellant.
Michael D. Kiner of Miller, Kagan, Rodriguez & Silver, P.L., Port St. Lucie, for Appellees.
PER CURIAM.
AFFIRMED. See Demedrano v. Labor Finders of Treasure Coast, 8 So.3d 498 (Fla. 1st DCA 2009).
BARFIELD, DAVIS, and ROBERTS, JJ., CONCUR.